UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAYKOOL SOTO-COLUMBUS,<br>   Petitioner,<br><br>  v.<br><br>ANTONE MONIZ, *Superintendent,*<br>*Plymouth County Correctional Facility,*<br>PATRICIA HYDE, *Acting Field Office Director,*<br>*Immigration and Customs Enforcement, Boston,*<br>TODD LYONS, *Acting Director of U.S.*<br>*Immigration and Customs Enforcement*, and<br>KRISTI L. NOEM*, Secretary of the U.S.*<br>*Department of Homeland Security*,<br>   Respondents. | CIVIL ACTION NO.<br>25-13074-BEM |

## **FINAL JUDGMENT**

MURPHY, D.J.

  In accordance with this Court's Order (ECF #8) issued on October 29, 2025, granting in part the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

  Judgment for the Petitioner against the Respondents.

                BY THE COURT,

                */s/ Barbara I. Beatty*
                _____
DATED: October 29, 2025      Deputy Clerk